**DENY; and Opinion Filed September 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00934-CV

### IN RE FIESTA MART, INC., Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06510-A**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Lewis

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its order denying relator's motion to quash the deposition of relator's corporate representative. The facts and issues are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Lewis/
DAVID LEWIS
JUSTICE

140934F.P05